## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**ROBERT A. WILLIAMS**                                                                  **PETITIONER**
**ADC No. 127786**

**v.**                                    **No. 5:12CV00305-JLH-BD**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                      **RESPONDENT**

### ORDER

The Court has reviewed the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere.  In addition, the Court has considered Robert Williams's objections to the Recommendation and has reviewed *de novo* those portions of the Recommendation to which Mr. Williams objects.  After careful consideration, this Court adopts the Recommendation as its own.  Robert Williams's petition for writ of habeas corpus (docket entry #2) is denied and dismissed, with prejudice.

When entering a final order adverse to a habeas corpus petitioner, the Court must issue or deny a certificate of appealability.  Rule 11 of the Rules Governing Section 2254 Cases.  A certificate of appealability may issue only if a petitioner has made a substantial showing of the denial of a constitutional right.  28 U.S.C. § 2253(c)(1)-(2).  In this case, there is no basis for this court to issue a certificate of appealability.  Accordingly, a certificate of appealability is denied.

IT IS SO ORDERED this 11th day of March, 2013.

_____
UNITED STATES DISTRICT JUDGE